B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **MA BB Owen LP**  Case No. **11-40645**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tri-Properties, Ltd.<br>13455 Noel Road<br>23rd Floor<br>Dallas, TX 75240 | | Purchase Money | | **$3,307,400.92**<br>**Value: $276,716.01** |
| Robert Charles Lesser & Co.<br>P.O. Box 758724<br>Baltimore, MD 21275-8724 | | Unsecured Debt | | **$33,074.13** |
| D. Alan Bowlby & Associates<br>16475 Dallas Parkway<br>Suite 290<br>Addison, TX 75001 | | Unsecured Debt | | **$25,000.00** |
| Thompson & Knight<br>One Arts Plaza<br>1722 Routh Street<br>Suite 1500<br>Dallas, TX 75201-2533 | | Unsecured Debt | | **$22,411.20** |
| Shupe Ventura<br>500 Main Street<br>Suite 800<br>Fort Worth, TX 76102 | | Unsecured Debt | | **$6,290.00** |
| Coats Rose<br>3 East Greenway Plaza<br>Suite 2000<br>Houston, TX 77046 | | Unsecured Debt | | **$5,336.92** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: **MA BB Owen LP**  Case No. **11-40645**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kenneth L .Maun<br>2300 Bloomdale Road<br>Suite 2324<br>McKinney, TX  75071 | | Taxes | | $4,554.00<br>**Value: $0.00** |
| McKinney MUD 2<br>13455 Noel Rd.<br>23rd Floor<br>Dallas, TX 75240 | | Unsecured Debt | | $3,500.00 |
| McKinney MUD 1<br>13455 Noel Rd.<br>23rd Floor<br>Dallas, TX 75240 | | Unsecured Debt | | $3,500.00 |
| CB Richard Ellis<br>5430 LBJ Freeway<br>Suite 1100<br>Dallas, TX  75240 | | Unsecured Debt | | $3,500.00 |
| Abernathy, Roeder, Boyd & Joplin<br>1700 Redbud Boulevard<br>Suite 300<br>McKinney, TX  75069 | | Unsecured Debt | | $3,480.00 |
| Bracewelll & Giuliani, LLP<br>1445 Ross Avenue<br>Suite 3800<br>Dallas, TX  75202-2711 | | Unsecured Debt | | $1,230.00 |
| John Marlin<br>Marlin Atlantis White, Ltd.<br>13455 Noel Road<br>23rd Floor<br>Dallas, TX  75240 | | Unsecured Debt | | $1,172.57 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **MA BB Owen LP**  Case No. **11-40645**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| James Baker<br>Marlin Atlantis White, Ltd.<br>13455 Noel Road<br>23rd Floor<br>Dallas, TX 75240 | | Unsecured Debt | | $768.12 |
| Miller Services<br>3157 Parker Road<br>Wylie, TX 75098 | | Unsecured Debt | | $750.00 |
| Bradshaw & Son Trash Service<br>1005 W. Houston Street<br>Anna, TX 75409 | | Unsecured Debt | | $242.00 |
| Grayson-Collin Electric Co-op., Inc.<br>PO Box 548<br>Van Alstyne, TX 75495-0548 | | Utilities | | $200.98 |
| Steve Maglisceau<br>Marlin Atlantis White, Ltd.<br>13455 Noel Road, 23rd Floor<br>Dallas, TX 75240 | | Unsecured Debt | | $132.04 |
| Ryan & Company, PC<br>5440 Harvest Hill Road<br>Suite 200<br>Dallas, TX 75230 | | Unsecured Debt | | $125.00 |
| Meteor Logistics Xpress<br>P.O Box 833427<br>Richardson, TX 75083 | | Unsecured Debt | | $20.13 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: **MA BB Owen LP**   Case No. **11-40645**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/14/2011**   Signature: **/s/ By MA BB Owen Holdings,LLC, John Marlin**
  *By MA BB Owen Holdings,LLC, John Marlin*
  **Manager**